*court*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 MAR 26 PM 2: 40

CLERK _____
SO. DIST. OF GA.

JOE T. YOUNG,

    Plaintiff,

V.

DAVID BRADY, Ind,

    Defendant.

\*
\*  CIVIL ACTION NO:
\*  2:18-CV-22-LGW-RSB
\*

## PARTY PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Comes now, Joe T. Young, Party Plaintiff and if it please the court advocates on our own behalf and for our peers and in the interest of justice. Party Plaintiff represents to this Court that there are no genuine issues as to any material fact and that party Plaintiff is entitled to favorable judgement as a matter of law. Plaintiff as well submits a brief in support of Motion for Summary Judgement and a Statement of undisputed material facts with references.

## PARTY PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT.

### INTRODUCTION AND BACKGROUND.

Party Defence removed this action from State Court and thereby withdrew and rubbed out their work in that Court but should be aware that even though canceled, parts of it may be used for rebuttal if needed.

-1-

This is a 42 USC § 1983 deprivation of rights. An act of congress that overcomes all immunities. It appears from their answer that qualified immunity is what they are attempting to claim as their defense.

The Party Defense was not aware that the plaintiff uses the Sydney Lanier park fairly often. It is a Brunswick City park and routinely patroled by their officers. The DNR game wardens do not routinely patrol it. Nearly a hundred times the Plaintiff had visited it before this incident they were observed only twice and near fifteen times after they have not been seen.

Plaintiff was properly properly parked in the shade under the bridge where its not paved and there are no lines. Plaintiff observed Defendant Brady park his truck nearby and he had a hostile threatening look about him and Plaintiff asked him not to approach and waved him off and drove off. Plaintiff did not wish to be harassed at that time.

Defendant Brady followed plaintiff, turned his blue lights on and went completely absurd (crazy) and ordered plaintiff out of the truck with his hand on his gun, even though plaintiff showed his hands. He improperly arrested plaintiff, handcuffed and removed plaintiff's wallet. Plaintiff was afraid for his life. In so doing he impermissibly searched and imprisoned and arresting plaintiff by taking away plaintiff's liberty. He also caused injury because plaintiff was recuperating from surgery six days earlier.

## CITATION OF AUTHORITIES

Walking or driving away, not wishing to talk to an officer is not probable cause, nor reason to act completely ridiculous. Merenda v. Tabor NO,12-12562, 2013 U.S.App.,Lexis2351(11th Cir. Feb. 1, 2013. **QUALIFIED IMMUNITY DENIED**, arrestee walked off from an officer and called him " a fucking asshole" and was arrested and qualified immunity was denied, He had no probable cause. State v. Fisher, 293 Ga. App.228,666S.E.2d, 594(2008). Running away when seeing a police officer, not probable cause for arrest and search and imprisonment. Mason v. State 285 Ga.app.596,647 S.E.2d308(2007) Search of pockets not permissible under the circumstances.

Plaintiff respectfully submits exhibits in support of the Summary Judgement Motion. **EXHIBIT # 1.** A body cam video that represents exactly what took place. Please note that there was no mention of improperly parking on the audio. Its thought that the Court already has it and **EXHIBIT #2**, Medicare business records in its possession. Please advise if not the case and the Court will be provided with copys. And **EXHIBIT # 3**, Plaintiff's Affidavit.

## SUMMARY JUDGEMENT STANDARD

Looking at this case impartially and logically in the defense's favor, there is just no probable cause and no genuine issue of material fact. What he did was not reasonable under the circumstances. The Defendant is not entitled to qualified immunity.The Plaintiff is entitled to summary judgement and a jury

-3-

trial for remuneration.

This 26 day of MAR, 2018

                        Respectfully submitted.

                        Joe T. Young
                        P. O. Box 2851
                        Brunswick, Ga 31521
                        E MAIL: youngjoe1940@gmail.com
                        PH: 912-602-5255

**STATEMENT OF UNDISPUTED MATERIAL FACTS THAT SHOW THAT THERE ARE NO GENUINE ISSUES AS TO ANY MATERIAL FACT AND THAT PLAINTIFF'S CLEARLY ESTABLISHED PROTECTION NOT TO BE FALSELY ARRESTED AND IMPRISONED WERE VIOLATED.**

1. Defendant admits that with no probable cause he ordered Plaintiff out of truck causing pants to fall down and hand cuffing Plaintiff and removing billfold for license. <u>Please see</u>, paragraph 3, Defendants answer to amended complaint and Exhibit #1, the body cam video & audio.

2. Body cam video speaks for itself, that he was ready to shoot Plaintiff and how rough he was. <u>Please see</u> body cam video.

                        Joe T. Young
                        P. O. Box 2851
This 26 day of MAR 2018    Brunswick, Ga 31521