UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JOE T. YOUNG, | | |
|     Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| v. | * | 2:18-CV-22-LGW-RSB |
| | * | |
| DAVID BRADY, Ind., | * | |
|     Defendant. | | |

### AFFIDAVIT OF PLAINTIFF JOE T. YOUNG

COMES NOW Joe T. Young, who, after being first duly sworn, states that he is over the age of majority, has no disabilities, and has personal knowledge of the following facts:

1.

My name is Joe T. Young, and I am currently the Plaintiff in the above styled case.

2.

On August 27, 2017, at the time and location of the incident at issue in this case, a hot August day following a hot August night, I was properly parked in the shade under the bridge.

3.

I have been there close to a hundred times in the last 2 years. It is a Brunswick City park and I have often seen the Brunswick police routinely patrol the park. As often as I've

-1-

been there, the DNR have only been seen twice including this time. Its not the case that David Brady routinely patrols the park. I am not aware of what his official duties are.

4.

I was recuperating from surgery and was there to relax. As a rule its very peaceful there. I certainly did not wish any hostilities with David Brady and when I saw him parked there and get out of his truck I told him I did not wish to talk to him and waved him off. If he was doing a wellness check as he implies or purports, he should have left it alone. He was irrational and followed me and falsely arrested, imprisoned and searched Plaintiff.

5.

Plaintiff did nothing wrong and is not aware of why he was acting irrational. Maybe he was taking a chance he should not have been taking on a whim or caprice. Regardless he was not acting lawfully.

Further Affiant sayeth not.

Sworn to and subscribed before me this 26th day of March 2018

_____
NOTARY PUBLIC

My commission expires:

_____
Joe T. Young
Party Plaintiff

MARICA LUCHANA LEE
NOTARY PUBLIC
Glynn County
State of Georgia
My Comm. Expires May 20, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served Plaintiff's Motion for summary judgement, brief in support and statement of undisputed material facts and exhibit # 3 Plaintiff's affidavit to Mister Brain Goldberg. The Plaintiff and Mr. Goldberg had a courteous negotiation regarding the 26 (f) report and discovery. He is aware of the two (2) body cam videos and either has them in possesion or can obtain them. He also has the Medicare records in possession from State Court. We thanked each other for the social negotiation and will work out the report and discovery. Certificate sent in the U.S. Mail postage paid and addressed as follows.

      Mister Brian E. Goldberg
      State Law Dept.
      40 Capital Square SW
      Atlanta, Ga. 30334

This 26 day of MAR 2018

Joe T. Young
P. O. Box 2851
Brunswick, Ga 31521