## EXHIBIT A

## RECORDING OF OFFICER BRADY BODY CAMERA VIDEO ON AUGUST 27, 2017

Case 2:18-cv-00022-LGW-BWC   Document 21-4   Filed 08/29/18   Page 1 of 2



Joe T. Young v. David Brady
United States District Court
Southern District of Georgia, Brunswick Division
Civil Action No: 2:18-cv-22
Ex. A to Ex. 1 to Defendant Motion for Summary Judgment