# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV218-22**    DATE **02/19/2019**

TITLE **Young v. Brady**

TIMES **10:03 - 10:35**    TOTAL **32 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**    Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**    Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Pro-se | Brian Goldberg<br>Roger Chalmers | |

PROCEEDINGS : **Motion Hearing**    ☑ In Court    ☐ In Chambers

**The Court has read and reviewed all filings made by both sides in preparation for the hearing**
**Defendant 10:05 - 10:30 / Plaintiff 10:30 - 10:34**
**The record is held open for 5 days to make any additional filings or briefing(s).**