UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 FEB 19  AM 10: 39

CLERK Casbell
SO. DIST. OF GA.

JOE T. YOUNG,
    Plaintiff,

          *   CASE NO: CV:2:18-22

v.       *

DAVID BRADY,    *
    Defendant

## EXTRACTS IN SUPPORT OF REQUEST FOR SUMMARY JUDGEMENT OR DEFAULT JUDGEMENT AGAINST THE DEFENDANT

F. R. CIV. P. 26 A(1) A party must, without awaiting a discovery request provide to the other party, (i) the name, address and telephone number of each individual likely to have discoverable information-along with the subjects of that information- that the disclosing party may use to support its claims or defences. (heading or topic is enough. <u>Duty to supplement</u>: **RULE 26 (e)** requires a party to supplement its **RULE 26 (a)(1)** disclosures if it learns they are not complete or incorrect. <u>U. S. V. Stabl</u>, inc, 800 f3d,476,487 (8th Cir. 2015). Parties must identify the subjects of such information, list of topics or headings is enough.

Our court rules and patterns must be followed and the accused can't be irregular and make his own rules. The only remedy that is available is to issue default or summary judgement against the Defendant.

**FED. R. OF CIV. PROCEDURE 37.** Failure to make disclosure or to cooperate in discovery states, 37(2)(a) for not obeying a discovery order sanctions are in order. The court may **(v)** dismiss the defendants pleadings **(v1)** render a default judgement against the disobedient defendant. Plaintiff requests for disobeying court orders Rule 37 default sanction or Rule 55 default. The discovery window closed August 3rd with no reference to illegal palmetto berry harvesting. The bottom line is the evidence and inferences proves the accused brady has committed perjury and bore false witness in a court affidavit.

The 2000 Amendment to the advisory Commitee. Note to Rule 26(a)(1) - Party may not use information not disclosed initially or by supplement. <u>Exclusionary sanction</u>

By means of his attorney, the accused Mr. brady had two chances to answer before the mandatory disclosures and did not refer to any illegal palmetto activity. by means of common sense and court sequences and orders there is no debate but that he is lying. **AVOIDANCE OF PREJUDICIAL OR UNFAIR SURPRISE** <u>**Burns v. Thikel chemical corp,**</u> 483f.2d300(5th Cir1973) now (11th Cir). Parties to develop and concise factual issues and operate to prevent unfair and prejudicial surprises and conserve judicial energies. No longer blind mans bluff.

Its apparant to people with perspective and experience in this type of situation and circumstances that the defense has manufactured this palmetto story. Under any circumstances they have no allowable excuse or defense. The guidelines say that there is no controversy ordebate to determine and that Summary or default judgement is just and fair for the plaintiff.

Respectfully submitted,

Joe T. Young
P. O. BOX 2851
Brunswick, Ga 31521

By Hand

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the counsel for the accused a true copy of Plaintiffs, extracts supporting requesting Summary judgement or default against the accused, by placing in the U.S. Mail and addressed as follows:

Brian E. Goldberg
State law dept.
40 Capital square S.W.
Atlanta, Ga 30334

This 19 Day of Feb 2019

P. O. Box 2851
Brunswick, Ga 31521